UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------x

_____USA_____,
                    Plaintiff(s),

v.

_____Wyndell Thomas_____,
                    Defendant(s).

----------------------------------------------------x

SEALED                 ORIGINAL

*Sealed*

**CALENDAR NOTICE**

_17 CR 550_ (VB)

**PLEASE TAKE NOTICE** that the above-captioned case has been ~~scheduled~~/
re-scheduled for:

___ Status conference                ___ Final pretrial conference

___ Telephone conference             ___ Jury selection and trial

___ Pre-motion conference            ___ Bench trial

___ Settlement conference            ___ Suppression hearing

___ Oral argument                    ___ Plea hearing

___ Bench ruling on motion           _✓_ Sentencing

on ___4-8-___, 20_21_, at ___2:30 PM___, in Courtroom 620, United States
Courthouse, 300 Quarropas Street, White Plains, NY 10601.  Adjourned from _4-9-21_

**All requests for adjournments or extensions of time must be in writing and
filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's
Individual Practices.  Absent special circumstances, such requests shall be made at
least two business days prior to the scheduled appearance.

Dated: ___3-29-___, 20_21_
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge